UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
*In re:*

ROBERT JOHN CASSANDRO,　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　　　　Case No.: 10-79506-reg
　　　　　　　　　　Debtor.
------------------------------------------------------X
CHARLES D'ALEO, SR.,

　　　　　　　　　Plaintiff,　　　　　　　　　Adv. Pro. No. 11-08913 (REG)

　　-against-

ROBERT JOHN CASSANDRO,

　　　　　　　　　Defendant.
------------------------------------------------------X

WILLIAM PERILLO and MARTHA PERILLO,

　　　　　　　　　Plaintiffs,
　　　　　　　　　　　　　　　　　　　　　　　　　Adv. Pro. No. 11-8889 (REG)
　　-against-

ROBERT JOHN CASSANDRO,

　　　　　　　　　Defendant.
------------------------------------------------------X

## CONSENT ORDER

**UPON** the motion (the "Stay Motion") of Robert John Cassandro, the debtor in the above captioned bankruptcy proceeding (the "Debtor/Defendant") by his attorney, Peter J. Tomao, Esq., for an order staying the bankruptcy proceeding as against the Debtor under the Fifth Amendment to the United States Constitution, dated June 12, 2012; and an objection to the Motion having been filed by Robert L. Pryor, Esq., the Chapter 7 Trustee of the Debtor's bankruptcy estate (the "Trustee"), dated July 9, 2012; and an opposition to the Motion having been filed by creditors William Perillo and Martha Perillo ("Perillo"), dated July 9, 2012; and an opposition to the Motion having been filed by

creditor Charles D'Aleo ("D'Aleo"), dated July 9, 2012; and upon the motions of D'Aleo and Perillo for orders compelling Defendant to comply with outstanding discovery demands and to extend deadlines for discovery [Dkt 29 in case no. 8-11-08913-reg and Dkt 23 in case no. 8-11-08889-reg], (collectively, the "Motions to Compel"), and Defendant not having filed opposition to the Motions to Compel, and a hearing on the foregoing motions having been held on July 16, 2012 and the Debtor/Defendant, the Trustee, Perillo, and D'Aleo each having appeared at the hearing by and through their respective counsel; and after due deliberation and for good cause shown, it is hereby

**ORDERED,** that:

1. The Stay Motion and the Motions to Compel are granted in part and denied in part as set forth herein.

2. Any and all depositions of the Debtor/Defendant shall be stayed for a period of ninety (90) days from the date of the entry of this Order.

3. The Debtor's request for a stay of discovery is hereby denied and the Debtor/Defendant is hereby directed to comply, within thirty (30) days of the entry of this Order, with all document demands issued and outstanding in connection with the adversary proceedings pending against the Debtor/Defendant; including but not limited to (a) documents as requested in D'Aleo's First Request for Production of Documents dated September 22, 2011 and D'Aleo's Interrogatories 1, 13 and 15 (also dated September 22, 2011)[all annexed as Exhibit A to Dkt 29 in case no. 11-08913]; (b) documents as requested by Interrogatories 1, 4, 8, and 9, and documents as requested by document requests 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 and 16 of the Perillo's First Request for Interrogatories and Documents; and (c) the Trustee's request for documents set forth in the Subpoena for 2004 Examination dated July 20, 2012.

4. The time within which the Trustee may file a complaint objecting to the discharge of the Debtor in bankruptcy is extended through and including February 1, 2013.

5. The Trustee's time to commence an action or proceeding against the Debtor under §§ 544, 545, 547, 548 or 553 of the Bankruptcy Code is extended through and including February 1, 2013.

6. Discovery deadlines in the adversary proceedings are extended for 90 days from the date of entry of this Order and any other deadlines in these proceedings are stayed through and including at least 90 day from the date of

the entry of this Order.

Agreed as of July 27, 2012:


____*/s/ Anthony Giuliano*____
Anthony Giuliano, Esq.
Pryor & Mandelup, LLP
Attorneys for the Chapter 7 Trustee


___*/s/ Robert J. Spence*____
Robert J. Spence, Esq.
Ackerman Spence PLLC
Attorneys for D'Aleo


___*/s/ Michael Cassell*_____
Michael Cassell, Esq.
Hogan & Cassell
Attorneys for Perillo


___*/s/ Peter J. Tomao*_____
Peter J. Tomao, Esq.
Attorney for Cassandro (Debtor/Defendant)




**Dated: Central Islip, New York**
**August 3, 2012**

_____
**Robert E. Grossman**
**United States Bankruptcy Judge**